by Herman S. Lary against Isaac N. Pettit and Myrtle L. Pettit.

PER CURIAM. It appearing that two of the members of this court are disqualified from sitting in this case, it is hereby directed that the case be certified to the Third judicial department, in accordance with the provision of section 231 of the Code of Civil Procedure.

LAWRENCE, Appellant, v. DAWSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by James V. Lawrence, as sole surviving partner of the firm of Lawrence Bros., against John Dawson and William Archer, impleaded, etc. No opinion. Motion for reargument denied. See 54 N. Y. Supp. 647, 55 N. Y. Supp. 1142, and 64 N. Y. Supp. 185.

LEACH, Appellant, v. THORNBRUGH, Respondent. (Supreme Court, Appellate Division, First Department. July 17, 1900.) Action by Adele W. Leach against Edgar D. Thornbrugh. C. R. Leavitt, for appellant. E. B. Southworth, for respondent. No opinion. Judgment affirmed, with costs.

LEE, Respondent, v. BANISTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Fred Lee against Albert C. Banister. No opinion. Judgment and order affirmed, with costs.

LEVY et al., Respondents, v. HARLEM, Appellant. (Supreme Court, Appellate Term. November 7, 1900.) Action by Julius Levy and others against Edward Harlem. From a judgment for plaintiffs, defendant appeals. Affirmed. Joseph Rosenzweig, for appellant. Hayes & Bitterman, for respondents.

PER CURIAM. The only conclusion which the evidence warrants as to compensation is that the plaintiffs were to receive $50. The witness Silverman alone testified as to the amount of the commissions, and he said that the plaintiffs were to get $50. There was no evidence which conflicts with his statement. As to jurisdiction, see Worthington v. Accident Co. (N. Y. App.) 58 N. E. 102. The judgment is therefore modified by reducing it $100, and, as modified, is affirmed, without costs.

LORENZEN, Respondent, v. DILLON, Mayor, et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 5, 1900.) Action by Frederick Lorenzen against Michael J. Dillon, mayor of the city of New Rochelle, and others. No opinion. Order affirmed, on argument, with costs.

LUCIA, Respondent, v. OMEL, Appellant. (Supreme Court, Appellate Division, Second Department. July 17, 1900.) Action by Louis M. Lucia against Louis Omel. No opinion. Judgment of the municipal court affirmed, with costs.

LUMBER EXCH. BANK, Appellant, v. WESTON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department.

July 24, 1900.) Action by the Lumber Exchange Bank against Charles Weston and others.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide event. Held, that the question as to whether the defendants, by their acts and dealings with the defendant Campbell and with the property held by them in common, constituted themselves co-partners under the name of Nice & Co., and were thus liable upon the notes in suit, was one of fact for the jury, and not of law for the court.

LUTHER, Respondent, v. CORNWELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1900.) Action by William M. Luther against William C. Cornwell. No opinion. Interlocutory judgment affirmed with costs, with leave to the defendant to withdraw his demurrer, and answer, upon payment of the costs of the demurrer and of this appeal. All concur.

LYMAN, Respondent, v. CHEEVER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May Term, 1900.) Action by Henry H. Lyman, as state commissioner of excise, against Thomas H. Cheever and another. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw the demurrer, and answer, upon payment of the costs of this appeal and of the demurrer. See 63 N. Y. Supp. 809.

LYMAN v. CHEEVER et al. (Supreme Court, Appellate Division, Fourth Department. September 25, 1900.) Action by Henry H. Lyman, as state commissioner of excise, against Thomas H. Cheever and the United States Guarantee Company. No opinion. Motion for leave to appeal to the court of appeals granted, and question certified to that court filed with the clerk. All concur. See 63 N. Y. Supp. 809.

LYMAN, Respondent, v. ELM SOCIAL CLUB, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) In the matter of petition of Henry H. Lyman, as, etc., for an order revoking and canceling liquor tax certificate No. 11,384, issued to the Elm Social Club. No opinion. Order affirmed, with costs.

LYONS, Appellant, v. CONNORS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 19, 1900.) Action by Thomas H. Lyons against George J. Connors and another. No opinion. Motion for reargument denied. See 65 N. Y. Supp. 1085.

LYONS ELECTRIC LIGHT & POWER CO., Respondent, v. BASTION, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 24, 1900.) Action by the Lyons Electric Light & Power Company against David Bastion. No opinion. Judgment affirmed, with costs. All concur, except ADAMS, P. J., not voting.